

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00182-CV

| | | |
|---|---|---|
| GLORIA OWENS, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2019-008960-1) |
| V. | § | April 20, 2023 |
| GEORGE T. CURRY, TRUSTEE OF THE MILTON C. CURRY & MAMIE W. CURRY REVOCABLE LIVING TRUST, AND CHARLES ESTER CURRY, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm all portions of the trial court's take-nothing judgment except the awards of attorney's fees. We reverse the trial court's awards of attorney's fees and remand this case to the trial court for further proceedings consistent with our opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack